IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CV NO. 2:05cv282-H |
| | ) | |
| VEARLEAR D. WOODS | ) | |

## ORDER

On April 22, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby ADOPTED and the motion filed by Woods on January 31, 2005, be and is hereby DENIED and this case be and is hereby DISMISSED as Woods has failed to obtain the requisite order from the Eleventh Circuit Court of Appeals authorizing this court to consider a successive § 2255 motion.

Done this the 18th day of May 2005.

_____
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE